UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10101-RGS

ROCHELLE L. HARDAWAY

v.

AMESBURY PUBLIC SCHOOLS

ORDER OF DISMISSAL

February 15, 2005

STEARNS, D.J.

    Plaintiff having failed to show cause why the Complaint should not be dismissed as required by the Court's December 24, 2004 Order, the case is hereby DISMISSED with prejudice.

                                      SO ORDERED.

                                      /s/ Richard G. Stearns
                                      _____
                                      UNITED STATES DISTRICT JUDGE